MEMORANDUM OPINION


No. 04-09-00526-CR



IN RE Juan MOLINA


 

Original Mandamus Proceeding (1)




PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Phylis J. Speedlin, Justice

 Steven C. Hilbig, Justice 

 

Delivered and Filed: October 28, 2009 


PETITION FOR WRIT OF MANDAMUS DENIED

 On August 21, 2009, relator Juan Molina filed a petition for writ of mandamus, complaining
of the trial court's failure to rule on his motion for DNA testing. However, on October 15, 2009, the
trial court granted relator's motion for DNA testing. Accordingly, the petition is DENIED AS
MOOT. Tex. R. App. P. 52.8(a). 

 PER CURIAM 

DO NOT PUBLISH
1. This proceeding arises out of Cause No. 1987-CR-5143, styled State of Texas v. Juan Molina, in the 290th
Judicial District Court, Bexar County, Texas, the Honorable Sharon MacRae presiding.